| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | KEVIN C. KHASIGIAN<br>Assistant U. S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $274,188.73 SEIZED FROM STERLING BANK AND TRUST,<br><br>APPROXIMATELY $1,036.93 SEIZED FROM WELLS FARGO BANK, and<br><br>APPROXIMATELY $281.38 SEIZED FROM BANK OF AMERICA,<br><br>　　　　Defendants. | 2:18-MC-00169-WBS-KJN<br><br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Min Kang ("Kang"), by and through their respective counsel, as follows:

1. On or about August 14, 2018, claimant Kang filed a claim in the administrative forfeiture proceedings with the United States Customs and Border Protection ("CBP") with respect to the Approximately $274,188.73 seized from Sterling Bank and Trust, Approximately $1,036.93 seized from Wells Fargo Bank and Approximately $281.38 seized from Bank of America (hereafter "defendant assets"). The Approximately $274,188.73 seized from Sterling Bank and Trust was seized on July 25, 2018, the Approximately $1,036.93 seized from Wells Fargo Bank was seized on June 27,

1

1. 2018 and the Approximately $281.38 seized from Bank of America was seized on June 25, 2018.

2. The CBP has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is November 12, 2018.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to December 12, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to December 12, 2018.

Dated: 11/6/2018

MCGREGOR W. SCOTT
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 11/5/2018

/s/ Carrie Hagin Emison
CARRIE HAGIN EMISON
Attorney for Min Kang
(As authorized via email)

IT IS SO ORDERED.

Dated: November 7, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation to Extend Time to File Complaint