MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-MC-00169-WBS-KJN |
| Plaintiff, | |
| v. | CONSENT JUDGMENT OF FORFEITURE |
| APPROXIMATELY $274,188.73 SEIZED FROM STERLING BANK AND TRUST, | |
| APPROXIMATELY $1,036.93 SEIZED FROM WELLS FARGO BANK, and | |
| APPROXIMATELY $281.38 SEIZED FROM BANK OF AMERICA, | |
| Defendant. | |

Pursuant to the Stipulation for Consent Judgment of Forfeiture, the Court finds:

1. In June and July of 2018, agents with the Department of Homeland Security, Homeland Security Investigations ("HSI") seized Approximately $274,188.73 seized from Sterling Bank and Trust, Approximately $1,036.93 seized from Wells Fargo Bank, and Approximately $281.38 seized from Bank of America (collectively "the defendant assets") from accounts held in the name of Min Kang pursuant to the execution of a state search warrant.

2. Customs and Border Protection ("CPB") commenced administrative forfeiture proceedings, sending direct written notice to all known potential claimants and publishing notice to all

1

Consent Judgment for Forfeiture

others. On or about August 14, 2018, CBP received a claim from Kang asserting an ownership interest in the defendant assets.

3. The United States represents that it could show at a forfeiture trial that on June 12, 2018, law enforcement officials executed a state search warrant at 589 Appenzel Lane in Manteca, California, a residence owned by Kang. Law enforcement officials found an indoor marijuana grow with 617 marijuana plants, approximately 3.2 pounds of processed marijuana, a digital scale and packaging materials. Kang was present during the search and was arrested on state drug trafficking charges.

4. The United States represents that it could further show at a forfeiture trial that on June 12, 2018, law enforcement officials executed a state search warrant at 5111 Rowan Drive, San Ramon, California, another residence owned by Kang. Law enforcement officials found an additional 185 grams of processed mar, another digital scale and more packaging materials, and bank statements and tax returns. Based on the information garnered at the residence, law enforcement officials applied for a state search warrant to freeze and seize bank accounts at Sterling Bank and Trust, Bank of America, Wells Fargo Bank and JP Morgan Chase, NA.

5. The United States represents that it could further show at a forfeiture trial that on June 14, 2018, law enforcement officials obtained a state search and seizure warrants for Sterling Bank and Trust, Bank of America and Wells Fargo Bank. On June 25, 2018, Approximately $281.38 was seized from Bank of America. On July 27, 2018, Approximately $1,036.93 was seized from Wells Fargo Bank. On July 25, 2018, Approximately $274,188.73 was seized from Sterling Bank and Trust.

6. The United States could further show at a forfeiture trial that the defendant assets are forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

7. Without admitting the truth of the factual assertions contained in this stipulation, claimant Kang specifically denies the same, and for the purpose of reaching an amicable resolution and compromise of this matter, claimant Kang agrees that an adequate factual basis exists to support forfeiture of the defendant assets. Min Kang hereby acknowledges that she is the sole owner of the defendant assets, and that no other person or entity has any legitimate claim of interest therein.

2

Should any person or entity institute any kind of claim or action against the government with regard to its forfeiture of the defendant assets, claimant shall hold harmless and indemnify the United States, as set forth below.

8. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355, as this is the judicial district in which acts or omissions giving rise to the forfeiture occurred.

9. This Court has venue pursuant to 28 U.S.C. § 1395, as this is the judicial district in which the defendant assets were seized.

10. The parties herein desire to settle this matter pursuant to the terms of a duly executed Stipulation for Consent Judgment of Forfeiture.

Based upon the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

11. The Court adopts the Stipulation for Consent Judgment of Forfeiture entered into by and between the parties.

    a. Upon entry of the Consent Judgment of Forfeiture, $100,000.00 of the Approximately $274,188.73 seized from Sterling Bank and Trust, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

    b. Upon entry of the Consent Judgment of Forfeiture, but no later than 60 days thereafter, $174,188.73 of the Approximately $274,188.73 seized from Sterling Bank and Trust, Approximately $1,036.93 from Wells Fargo Bank, and Approximately $281.38 from Bank of America shall be returned to claimant Min Kang through her attorney Carolyn Hagin Emison.

    c. The United States of America and its servants, agents, and employees and all other public entities, their servants, agents and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture, as well as to those now known or disclosed. Claimant waived the provisions of California Civil Code § 1542.

12. No portion of the stipulated settlement, including statements or admissions made

3

therein, shall be admissible in any criminal action pursuant to Rules 408 and 410(a)(4) of the Federal Rules of Evidence.

13. All parties will bear their own costs and attorney's fees.

14. Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court enters a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the above-described defendant currency.

IT IS SO ORDERED.

Dated: December 11, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE